GOTTLIEB TREFFINGER, Respondent, v. M. GROH'S SONS,
Appellant.

*Treffinger* v. *M. Groh's Sons*, 112 App. Div. 250, affirmed. ,
(Argued June 6, 1906; decided June 21, 1906.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered April 26, 1906, which reversed an interlocutory
judgment of Special Term sustaining a demurrer to the com-
plaint in an action to recover damages for an alleged wrongful
discharge from employment.

The following question was certified : " Does the com-
plaint state facts sufficient to constitute a cause of action ? "

*Thomas F. Keogh* for appellant.

*Abram I. Elkus* and *Joseph M. Proskauer* for respondent.

Order affirmed, with costs ; question certified answered in
the affirmative ; no opinion.

Concur : CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T.
BARTLETT, WERNER and HISCOCK, JJ.   Absent : CHASE, J.